## STATE OF CONNECTICUT *v.* TARAGUS BURNEY
## (AC 21121)

Schaller, Mihalakos and Dupont, Js.

Argued January 22—officially released February 19, 2002

Per Curiam. The judgment is affirmed.